Slip Op. 16 - 50

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| TOSCELIK PROFIL VE SAC ENDUSTRISI A.S., | : |
| Plaintiff, | : |
| v. | : Before: R. Kenton Musgrave, Senior Judge |
| UNITED STATES, | : Court No. 14-00211 |
| Defendant. | : |

**JUDGMENT**

      As discussed in slip opinion 15-144 (Dec. 21, 2015), the plaintiff, Toscelik Profil ve Sac Endustrisi A.S. ("Toscelik"), persuaded that remand of *Circular Welded Carbon Steel Pipes And Tubes From Turkey: Final Results of Countervailing Duty Administrative Review; Calendar Year 2012 and Rescission of Countervailing Duty Administrative Review, in Part*, 79 Fed. Reg. 51140 (Aug. 27, 2014) ("*2012 Review*") to the International Trade Administration, U.S. Department of Commerce ("Commerce"), was appropriate for consideration of the application of the amended 2011 final results of Toscelik's net subsidy rate to this matter; and thereafter Commerce's *Final Results of Redetermination Pursuant to Court Remand* dated April 14, 2016 having been filed with the court on April 15, 2016, ECF No. 37 ("*Redetermination*"); and the parties' joint status report of May 4, 2016 having explained that Commerce under respectful protest applied the amended 2011 rate to the *2012 Review*; and that report further indicating, *inter alia*, that the parties agree the *Redetermination* satisfies the remand order and should be sustained; Now, therefore, in view of the foregoing, it is

      ORDERED, ADJUDGED AND DECREED that those results of the *Redetermination* be, and they hereby are, sustained.

/s/  R. Kenton Musgrave
R. Kenton Musgrave, Senior Judge

Dated: May 11, 2016
       New York, New York